UNITED STATES of America,
Plaintiff–Appellee

v.

Argenis DE LA CRUZ–TELLEZ,
Defendant–Appellant.

No. 10–10941
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 29, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Charles M. Bleil, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Argenis De La Cruz–Tellez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). De La Cruz–Tellez has not filed a response. We have reviewed counsel's brief and the relevant portions of the rec-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ord reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.